[No. 48479-6-I. Division One. September 16, 2002.]

KING COUNTY, *Respondent*, v. GABRIEL ALBUT, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 00-2-17904-9, Dean Scott Lum, J., entered April 19, 2001. *Affirmed in part* and *remanded* by unpublished opinion per Kennedy, J., concurred in by Grosse and Ellington, JJ.

[No. 48558-0-I. Division One. September 16, 2002.]

*In the Matter of the Marriage of* JACQUELINE D. BALTRUSIS, *Appellant*, and RONALD E. BALTRUSIS, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 99-3-08430-0, Michael Heavey, J., entered May 21, 2001. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Ellington, J., concurred in by Cox, A.C.J., and Coleman, J.

[No. 48592-0-I. Division One. September 16, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES LEROY KELLEY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 98-1-04977-1, Michael Hayden, J., entered May 15, 2001. *Dismissed* by unpublished per curiam opinion.

[No. 48594-6-I. Division One. September 16, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID M. SCHLICHTMANN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 00-1-08697-7, Ronald Kessler, J., entered May 11, 2001. *Affirmed* by unpublished per curiam opinion. Now published at 114 Wn. App. 162.